UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff, | Case No. 1:11cv663<br>(Spiegel, J. ; Litkovitz, M.J.) |
| v. | |
| MATTHEW C. KAYS,<br>Defendant. | **ORDER** |

This matter is before the Court following a status conference with the parties held on January 10, 2013. Defendant Matthew C. Kays has shown good cause for not appearing at his previously scheduled judgment debtor examination in this case and is willing to provide the financial information the government seeks. Accordingly, the Court finds the defendant should not be held in contempt and the warrant previously issued for his arrest is hereby **RECALLED**.

The Clerk of Court is hereby **DIRECTED** to issue this order via regular and certified mail to the defendant. The Clerk is also **DIRECTED** to serve a copy of this Order on the United States Marshal Service.

**IT SO ORDERED.**

_1/11/2013_
Date

awh    January 11, 2013

KAREN L. LITKOVITZ
United States Magistrate Judge